# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT OF MISSOURI

| | | |
|---|---|---|
| **In re:** | ) | **BANKRUPCTY CASE** |
| | ) | **NO. 20-50218-btf-13** |
| **BRIAN MICHAEL BERNARD** | ) | |
| | ) | |
| **AND** | ) | |
| | ) | |
| **JENNIFER ANN BERNARD** | ) | |
| | ) | **ADVERSARY CASE NO.** |
| **Debtor(s)** | ) | **20-5008-btf** |
| | ) | |
| | ) | |
| **RICHARD V. FINK, STANDING** | ) | |
| **CHAPTER 13 TRUSTEE,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **CARVANA LLC** | ) | |
| **1930 W. RIO SALADO PKWY** | ) | |
| **TEMPE, AZ 85281** | ) | |
| | ) | |
| **CARVANA LLC** | ) | |
| **PO BOX 29018** | ) | |
| **PHOENIX, AZ 85038** | ) | |
| | ) | |
| **CARVANA LLC** | ) | |
| **PO BOX 29002** | ) | |
| **PHOENIX, AZ 85038** | ) | |
| | ) | |
| **CARVANA LLC** | ) | |
| **c/o CSC-LAWYERS INCORPORATING** | ) | |
| **SERVICE COMPANY** | ) | |
| **221 BOLIVAR ST.** | ) | |
| **JEFFERSON CITY, MO 65101** | ) | |
| | ) | |
| **Defendant(s).** | ) | |

## CERTIFICATE OF SERVICE

COMES NOW Richard V. Fink, the Standing Chapter 13 Trustee, and certifies that the following document:

1. Agreed Order Resolving Adversary Complaint, entered as CM/ECF 11

was mailed, via first class mail, to the parties listed below on January 11, 2021:

>Carvana, LLC
>1930 W. Rio Salado Pkwy
>Tempe, AZ  85281

>Carvana, LLC
>PO Box 29018
>Phoenix, AZ  85038

>Carvana, LLC
>PO Box 29002
>Phoenix, AZ  85038

>Carvana, LLC
>c/o CSC-Lawyers Incorporating Service Company
>221 Bolivar St.
>Jefferson City, MO  65101

Respectfully submitted,

*/s/ Dana M. Estes*
Dana M. Estes, #47540
Office of the Chapter 13 Trustee for the
Western District of Missouri
Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Dated: January 11, 2021            Kansas City, Mo. 64108-2663